UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota *by and through its*
*Attorney General Keith Ellison*,

       Plaintiff,

v.

Donald J. Trump, *in his official capacity*
*as President of the United States*;
United States Department of Justice; and
Pamela Bondi, *in her official capacity as*
*Attorney General of the United States,*

       Defendants.

_____

Female Athletes United,

       Plaintiff,

v.

Keith Ellison, *in his official capacity as*
*Attorney General of Minnesota*;
Rebecca Lucero, *in her official capacity as*
*Commissioner of the Minnesota Commission*
*on Civil Rights*; Erich Martens, *in his official*
*capacity as Executive Director of the*
*Minnesota State High School League*;
Willie Jett, *in his official capacity as the*
*Minnesota Commission of Education*;
Independent School District No. 11 School Board;
Independent School District No. 192 School Board;
and Independent School District No. 279
School Board.

       Defendants.

Civil No. 25-1608 (ECT/DLM)

Civil No. 25-2151 (DWF/SGE)

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASES**

Case No. 25-cv-1608 (ECT/DLM) having been assigned to Judge Eric C. Tostrud

and Magistrate Judge Douglas L. Micko and Case No. 25-cv-2151 (DWF/SGE) having

later been assigned to Judge Donovan W. Frank and Magistrate Judge Shannon G. Elkins

and said matter being related cases,

**IT IS HEREBY ORDERED** that Case No. 25-cv-2151 (DWF/SGE) be assigned

to Judge Eric C. Tostrud and Magistrate Judge Douglas L. Micko, nunc pro tunc, by use of

a card from the appropriate deck in the automated case assignment system.  The Clerk of

Court is directed to reuse a card from the same deck from which the original assignment

was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the

above respective files.


Dated:  May 21, 2025                    s/ Eric C. Tostrud
                                        Eric C. Tostrud
                                        United States District Court

Dated:  May 21, 2025                    s/Donovan W. Frank
                                        Donovan W. Frank
                                        United States District Court

2