**The Office of**
**Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity, safety, and respect • www.ag.state.mn.us

June 5, 2025

**VIA CM/ECF**

The Honorable Eric C. Tostrud
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**Re:** *Female Athletes United v. Keith Ellison, et al.*
United States District Court, Case No. 25-cv-02151 (ECT/DLM)

Dear Judge Tostrud:

I am happy to report that all counsel were able to reach agreement to a preliminary injunction schedule that meets the parameters you set during the case conference on Monday afternoon.

The agreed-upon preliminary injunction schedule is:

- July 23 – defendants' response briefs due;
- August 13 – plaintiff's reply brief due; and
- August 20 – hearing.

The parties have discussed, but not reached agreement, on a schedule for possible motions to dismiss. But, your schedule on August 20 does allow a full day for argument or testimony in this case.

Sincerely,

s/ Liz Kramer
LIZ KRAMER
Solicitor General

(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
liz.kramer@ag.state.mn.us

cc:     All counsel of record, via CM/ECF