UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Female Athletes United, | File No. 25-cv-2151 (ECT/SGE) |
| Plaintiff, | |
| v. | **ORDER** |
| Keith Ellison, in his official capacity as Attorney General of Minnesota; Rebecca Lucero, in her official capacity as Commissioner of the Minnesota Commission on Civil Rights; Erich Martens, in his official capacity as Executive Director of the Minnesota State High School League; Willie Jett, in his official capacity as the Minnesota Commissioner of Education; Independent School District No. 11 School Board; Independent School District No. 192 School Board; Independent School District No. 279 School Board, | |
| Defendants. | |

---

The parties have agreed on a briefing schedule and hearing date for Plaintiff Female Athletes United's Motion for a Preliminary Injunction. I thank the parties for their collaboration in reaching agreement on these matters. Based on the parties' agreement, **IT IS ORDERED THAT**:

1. Plaintiff Female Athletes United's Motion for a Preliminary Injunction is rescheduled to be heard on August 20, 2025, beginning at 9:00 a.m. at the United States Courthouse, Courtroom 7D, 316 North Robert Stret, St. Paul, Minnesota.

2. On or before July 23, 2025, Defendants shall file memoranda in response to Plaintiff's motion.

3. On or before August 13, 2025, Plaintiff may file a memorandum in reply to Defendants' responses to its motion.

4. Except insofar as this order is to the contrary, all memoranda must comply with the Federal Rules of Civil Procedure and Local Rules of the District of Minnesota.

5. The parties will be notified by not later than July 30, 2025, whether the parties' expert witnesses will be expected to testify at the hearing.

6. No other dispositive motions shall be filed before a decision on the motion for a preliminary injunction. Any deadlines governing the filing of other dispositive motions are stayed pending a decision on the motion for a preliminary injunction. The scheduling of a hearing date and briefing schedule regarding any other dispositive motions shall occur following a decision on the motion for a preliminary injunction.

Dated: June 5, 2025   s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court