UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Female Athletes United, | File No. 25-cv-2151 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Keith Ellison, *in his official capacity as Attorney General of Minnesota*; Rebecca Lucero, *in her official capacity as Commissioner of the Minnesota Commission on Civil Rights*; Erich Martens, *in his official capacity as Executive Director of the Minnesota State High School League*; Willie Jett, *in his official capacity as the Minnesota Commissioner of Education*; Independent School District No. 11 School Board; Independent School District No. 192 School Board; and Independent School District No. 279 School Board, | |
| Defendants. | |

---

Plaintiff Female Athletes United ("FAU") filed a Motion for Permission to File a Combined Reply in Support of the Motion for Preliminary Injunction. ECF No. 88. Defendants have filed five separate briefs in opposition totaling 32,193 words. *Id.* at 3; *see also* ECF Nos. 61, 62, 65, 74, 83. FAU seeks to file a combined reply of no more than 9,000 words. ECF No. 88.

For good cause shown, and based on all the files, records, and proceedings herein, FAU's motion [ECF No. 88] is **GRANTED**.

**SO ORDERED**.

Dated: July 31, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court