UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Female Athletes United, | File No. 25-cv-2151 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Keith Ellison, *in his official capacity as Attorney General of Minnesota*; Rebecca Lucero, *in her official capacity as Commissioner of the Minnesota Commission on Civil Rights*; Erich Martens, *in his official capacity as Executive Director of the Minnesota State High School League*; Willie Jett, *in his official capacity as the Minnesota Commissioner of Education*; Independent School District No. 11 School Board; Independent School District No. 192 School Board; and Independent School District No. 279 School Board, | |
| Defendants. | |

---

A motion for leave to file a brief of amici curiae has been filed by the States of Washington, California, Connecticut, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Nevada, New York, Oregon, Rhode Island, and Vermont.  ECF No. 95.  Any party that wishes to respond to the motion must do so by Monday, August 4, 2025, at 10:00 a.m.

**SO ORDERED**.

Dated: August 1, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court