UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Female Athletes United, | File No. 25-cv-2151 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Keith Ellison, *in his official capacity as Attorney General of Minnesota*; Rebecca Lucero, *in her official capacity as Commissioner of the Minnesota Commission on Civil Rights*; Erich Martens, *in his official capacity as Executive Director of the Minnesota State High School League*; Willie Jett, *in his official capacity as the Minnesota Commissioner of Education*; Independent School District No. 11 School Board; Independent School District No. 192 School Board; and Independent School District No. 279 School Board, | |
| Defendants. | |

---

The States of Washington, California, Connecticut, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Nevada, New York, Oregon, Rhode Island, and Vermont have filed a motion for leave to file a brief of amici curiae in support of Defendants' opposition to Plaintiff's Motion for a Preliminary Injunction. ECF No. 95. Plaintiff Female Athletes United opposes the motion. ECF No. 99. The decision to grant leave to file an amici brief is "a matter committed to the Court's discretion." *S.E.C. v. Carebourn Cap., L.P.*, No. 21-cv-2114 (KMM/JFD), 2023 WL 4947458, at *1 (D. Minn. Aug. 3, 2023) (citing *Pavek v. Simon*, No. 19-cv-3000 (SRN/DTS), 2020 WL 1467008, at *2 (D. Minn. Mar. 26, 2020)).

A court may make its determination based on whether "it deems the proffered information timely, useful, or otherwise." *Pavek*, 2020 WL 1467008, at *2 (citation omitted).

The States say that their proposed brief would "provid[e] information on policy implementation, as well as research and studies showing that such policies are necessary to address the harms that transgender and gender-expansive youth must confront." ECF No. 95 at 2. The States also explain that they "strongly support the right of transgender people to live with dignity, be free from discrimination, and have equal access to publicly funded educational opportunities, including student athletic programs." *Id.* at 3. These policy-centered arguments would not meaningfully assist in the resolution of the legal questions that must be resolved to decide the motion for a preliminary injunction.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the States' motion for leave to file a brief of amici curiae [ECF No. 95] is **DENIED**.

Dated:  August 5, 2025                                  s/ Eric C. Tostrud
                                                        Eric C. Tostrud
                                                        United States District Court