# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**Female Athletes United,**

              Plaintiff,

v.

**Keith Ellison,** in his official capacity as Attorney General of Minnesota; **Rebecca Lucero,** in her official capacity as Commissioner of the Minnesota Commission on Civil Rights; **Erich Martens,** in his official capacity as Executive Director of the Minnesota State High School League; **Willie Jett,** in his official capacity as the Minnesota Commissioner of Education; **Independent School District No. 11 School Board; Independent School District No. 192 School Board; Independent School District No. 279 School Board,**

              Defendants

Case No: 0:25-cv-02151-ECT/DLM

Rule 7.1 Word Count Compliance to Plaintiff's Combined Reply in Support of the Motion for Preliminary Injunction

---

I, Henry W. Frampton, IV, certify that the

    X  Memorandum titled: Plaintiff's Combined Reply in Support of the Motion for Preliminary Injunction complies with Local Rule 7.1(f).

or

    ☐ Objection or Response to the Magistrate Judge's Ruling complies with Local Rule 72.2(d).

I further certify that, in preparation of the above document, I:

X   Used the following word processing program and version: Microsoft® Word for Microsoft 365 MSO (Version 2503 Build 16.0.18623.20266) 64-bit and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

or

☐   Counted the words in the document.

I further certify that the above document contains the following number of words: 8,998.

Respectfully submitted this 13th day of August, 2025.

|  |  |
|---|---|
|  | By: /s/ Henry W. Frampton, IV |
| Renee K. Carlson | Jonathan A. Scruggs* |
| Minnesota Bar No. 0389675 | Arizona Bar No. 030505 |
| Douglas G. Wardlow | Henry W Frampton, IV* |
| Minnesota Bar No. 0339544 | South Carolina Bar No. 75314 |
| **True North Legal** | **Alliance Defending Freedom** |
| 525 Park Street, Suite 460 | 15100 N. 90th Street |
| St. Paul, MN 55103 | Scottsdale, Arizona 85260 |
| (612) 789-8811 | (480) 444-0020 |
| rcarlson@truenorthlegalmn.org | (480) 444-0028 (facsimile) |
| dwardlow@truenorthlegal.org | jscruggs@ADFlegal.org |
|  | hframpton@ADFlegal.org |
|  |  |
|  | Rory T. Gray* |
|  | Georgia Bar No. 880715 |
|  | **Alliance Defending Freedom** |
|  | 1000 Hurricane Shoals Road NE |
|  | Suite D-1100 |
|  | Lawrenceville, Georgia 30043 |
|  | (770) 339-0774 |
|  | (770) 339-6744 (facsimile) |
|  | rgray@ADFlegal.org |
|  |  |
|  | Suzanne E. Beecher* |
|  | California Bar No. 329586 |
|  | **Alliance Defending Freedom** |
|  | 440 First Street NW, Suite 600 |

Washington, D.C.
(202) 393-8690
(202) 347-3622
sbeecher@ADFlegal.org

*Admitted Pro Hac Vice*