# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Female Athletes United**, <br><br> Plaintiff, <br><br> v. <br><br> **Keith Ellison,** in his official capacity as Attorney General of Minnesota; **Rebecca Lucero,** in her official capacity as Commissioner of the Minnesota Commission on Civil Rights; **Erich Martens,** in his official capacity as Executive Director of the Minnesota State High School League; **Willie Jett,** in his official capacity as the Minnesota Commissioner of Education; **Independent School District No. 11 School Board; Independent School District No. 192 School Board; Independent School District No. 279 School Board,** <br><br> Defendants. | Case No. 0:25-cv-02151-ECT-DLM <br><br> **Statement Instead of Redacted Document** |

Pursuant to Local Rule 5.6, Plaintiff Female Athletes United has filed its members' declarations in support of Plaintiff's Combined Reply in Support of the Motion for Preliminary Injunction under temporary seal. The current disagreement between the parties regarding the scope of the Amended Protective Order, Doc. 101, as reflected in the recently filed joint motion to

continue sealing, Doc. 110, makes filing these declarations with redactions impracticable at this time, as Plaintiff is unsure what Defendants will contend requires sealing and does not want to run afoul of the Court's order. Plaintiff will propose redactions in a forthcoming joint motion to continue sealing, which will reflect the Plaintiff's position on the portions of these declarations that it believes the Amended Protective Order requires to be sealed.

Respectfully submitted this 13th day of August, 2025.

Renee K. Carlson
Minnesota Bar No. 0389675
Douglas G. Wardlow
Minnesota Bar No. 0339544
True North Legal
525 Park Street, Suite 460
St. Paul, MN 55103
(612) 789-8811
rcarlson@truenorthlegalmn.org
dwardlow@truenorthlegal.org

By: /s/ Henry W. Frampton, IV
Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W Frampton, IV*
South Carolina Bar No. 75314
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 (facsimile)
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Rory T. Gray*
Georgia Bar No. 880715
Alliance Defending Freedom
1000 Hurricane Shoals Road  NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (facsimile)
rgray@ADFlegal.org

Suzanne E. Beecher*

California Bar No. 329586
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, D.C.
(202) 393-8690
(202) 347-3622
sbeecher@ADFlegal.org


*Admitted Pro Hac Vice