UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Female Athletes United, | File No. 25-cv-2151 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Keith Ellison, *in his official capacity as Attorney General of Minnesota*; Rebecca Lucero, *in her official capacity as Commissioner of the Minnesota Commission on Civil Rights*; Erich Martens, *in his official capacity as Executive Director of the Minnesota State High School League*; Willie Jett, *in his official capacity as the Minnesota Commissioner of Education*; Independent School District No. 11 School Board; Independent School District No. 192 School Board; and Independent School District No. 279 School Board, | |
| Defendants. | |

---

Defendant Independent School District No. 11 School Board requests a partial closure of the courtroom during the upcoming hearing on Plaintiff's Motion for a Preliminary Injunction. ECF No. 111. Defendants Keith Ellison, Rebecca Lucero, and Willie Jett join the request. Plaintiff Female Athletes United ("FAU") opposes the request. ECF No. 122. The request is **DENIED**. (1) The parties should be able to tailor their responses to questions and their arguments to avoid disclosing information that would be confidential under the Amended Protective Order. This information is already in the record, and the parties should presume I'm familiar with it. Referring to confidential

information in a way that does not reveal its sensitive aspects thus seems doable and a better alternative to courtroom closure.  (2) If on-the-record discussion of confidential information becomes necessary, it can take place at sidebar.  (3) Without knowing ahead of time precisely what confidential information Defendants believe must be discussed in relation to what legal issue or issues, it would be impracticable to grant the motion or order more tailored relief.

**SO ORDERED.**

Dated:  August 18, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

2