

August 26, 2025                                                                          VIA CM/ECF

The Honorable Eric C. Tostrud
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**Re:**   *Female Athletes United v. Keith Ellison, et al.*
            United States District Court, Case No. 25-cv-02151 (ECT/DLM)

Dear Judge Tostrud:

On August 12, 2025, the parties filed a joint motion to continue sealing (Doc. 110). In that motion, the parties agreed that several documents previously sealed out of an abundance of caution contain no information protected by the Amended Protective Order (Doc. 101) and should be unsealed.

The documents which the parties agree should be unsealed are:

- Exhibit list accompanying Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction (Doc. 8)
- Declaration of Kristi Burton Brown (Doc. 8-1)
- Expert Declaration of Gregory A. Brown, Ph.D., FACSM (Doc. 8-2)
- Motion for Expedited Discovery and Memorandum in Support (Doc. 43)
- Exhibits A–C to Plaintiff's Objections to Magistrate Judge's Protective Order (Doc. 53-1 to 53-3).

As explained above and in the joint motion, these documents do not contain information that qualifies as confidential under the amended protective order. The "common-law right of access to judicial records" weighs in favor of unsealing these documents, and neither side argues that they should remain sealed. *Glob. Commodities, Inc. v. Cap. Distributors LLC*, No. 24-cv-216 (JMB/DJF), 2025 WL 1125384, at *1 (D. Minn. Apr. 16, 2025) (citation modified).

Recognizing that the joint motion discloses disagreements over some documents that require judicial resolution, Plaintiff respectfully requests that the documents over which there is no dispute be unsealed without delay. The primary reason for the request is that one of the undisputed documents is Dr. Brown's expert report. Plaintiff's counsel often discusses the science underlying that report in public contexts and would like to avoid any confusion over whether that

The Honorable Eric C. Tostrud
August 26, 2025
Page 2

information is confidential. Plaintiff has advised Defendants that it has requested this relief.

        Respectfully,

        /s *Henry W. Frampton, IV*
        Henry W. Frampton, IV
        Attorney for Plaintiff

cc: All counsel of record, via CM/ECF