# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Female Athletes United,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Keith Ellison, Rebecca Lucero, Erich Martens, Willie Jett, Independent School District No. 11 School Board, Independent School District 192 School Board, Independent School District No. 279 School Board,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-2151 ECT/DLM |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

　　Plaintiff Female Athletes United's Motion for a Preliminary Injunction [ECF No. 6] is **DENIED**.

Date: 9/22/2025　　　　　　　　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK