UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Female Athletes United**, <br><br> Plaintiff, <br><br> v. <br><br> **Keith Ellison,** in his official capacity as Attorney General of Minnesota; **Rebecca Lucero,** in her official capacity as Commissioner of the Minnesota Commission on Civil Rights; **Erich Martens,** in his official capacity as Executive Director of the Minnesota State High School League; **Willie Jett,** in his official capacity as the Minnesota Commissioner of Education; **Independent School District No. 11 School Board; Independent School District No. 192 School Board; Independent School District No. 279 School Board,** <br><br> Defendants. | Case No. 0:25-cv-02151-ECT-DLM <br><br> **Plaintiff's Emergency Motion for Injunction Pending Appeal** |

# EMERGENCY MOTION
# FOR INJUNCTION PENDING APPEAL

Last week, the Court denied Female Athletes United's preliminary-injunction motion and entered judgment accordingly. Op. & Order 66, Dkt. No. 134; Judgment, Dkt. No. 135. FAU has appealed that decision. *See* Notice of Appeal, Dkt. No. 136. But it cannot wait for the appellate process to take its ordinary course. Softball season, complete with the unfair competition outlined in the original preliminary-injunction motion and pleadings, will be underway or past by the time the Eighth Circuit rules on FAU's appeal. So FAU will seek an injunction pending appeal in the Eighth Circuit under Federal Rule of Appellate Procedure 8. Consistent with that rule, FAU moves in this Court for an injunction pending appeal. *See* Fed. R. App. P. 8(a)(1)(C). And it does so on an emergency basis, requesting that the Court rule as quickly as possible. *See* LR-7(d).

As explained in the attached memorandum, the Court should grant the injunction pending appeal.

Respectfully submitted this 26th day of September, 2025.

|  |  |
|---|---|
| Renee K. Carlson<br>Minnesota Bar No. 0389675<br>Douglas G. Wardlow<br>Minnesota Bar No. 0339544<br>True North Legal<br>525 Park Street, Suite 460<br>St. Paul, MN 55103<br>(612) 789-8811<br>rcarlson@truenorthlegalmn.org | By: /s/ Henry W. Frampton, IV<br>Jonathan A. Scruggs*<br>Arizona Bar No. 030505<br>Henry W Frampton, IV*<br>South Carolina Bar No. 75314<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, Arizona 85260<br>(480) 444-0020<br>(480) 444-0028 (facsimile) |

dwardlow@truenorthlegal.org

jscruggs@ADFlegal.org
hframpton@ADFlegal.org

Rory T. Gray*
Georgia Bar No. 880715
Alliance Defending Freedom
1000 Hurricane Shoals Road  NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (facsimile)
rgray@ADFlegal.org

Suzanne E. Beecher*
California Bar No. 329586
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, D.C.
(202) 393-8690
(202) 347-3622
sbeecher@ADFlegal.org


*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

                                      <u>/s/Henry W. Frampton, IV</u>
                                      Henry W. Frampton, IV

                                        Attorney for Plaintiffs