UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Female Athletes United,

      Plaintiff,

v.

Keith Ellison, *in his official capacity as Attorney General of Minnesota*; Rebecca Lucero, *in her official capacity as Commissioner of the Minnesota Commission on Civil Rights*; Erich Martens, *in his official capacity as Executive Director of the Minnesota State High School League*; Willie Jett, *in his official capacity as the Minnesota Commissioner of Education*; Independent School District No. 11 School Board; Independent School District No. 192 School Board; and Independent School District No. 279 School Board,

      Defendants.

File No. 25-cv-2151 (ECT/DLM)

**ORDER**

---

On September 19, 2025, I entered an Order denying Plaintiff Female Athletes United's ("FAU") Motion for a Preliminary Injunction. ECF No. 134. On September 26, FAU filed an "Emergency Motion for Injunction Pending Appeal" pursuant to Federal Rule of Appellate Procedure 8(a)(1)(C). ECF No. 140. The motion will be denied. In its Emergency Motion, FAU seeks essentially the same relief it sought in its Motion for a Preliminary Injunction. *See* ECF No. 134. The Order denying FAU's preliminary-injunction motion addressed the arguments FAU raises, and FAU identifies no persuasive reason to reverse course and grant the emergency relief it seeks. FAU's concerns

regarding having its appeal heard and decided before the 2026 Minnesota high-school softball season may be addressed with the Eighth Circuit. *See* Fed. R. App. P. 8(a)(2); *see also* U.S. Ct. of Appeals for the Eighth Cir., Internal Operating Procedures § III.D. (Revised Feb. 26, 2024), https://ecf.ca8.uscourts.gov/newrules/coa/iops.pdf.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Plaintiff Female Athletes United's Emergency Motion for Injunction Pending Appeal [ECF No. 140] is **DENIED**.

Dated: September 29, 2025                     s/ Eric C. Tostrud
                                              Eric C. Tostrud
                                              United States District Court