UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Female Athletes United,

Plaintiff,

v.

Keith Ellison, *in his official capacity as Attorney General of Minnesota*; Rebecca Lucero, *in her official capacity as Commissioner of the Minnesota Commission on Civil Rights*; Erich Martens, *in his official capacity as Executive Director of the Minnesota State High School League*; Willie Jett, *in his official capacity as the Minnesota Commissioner of Education*; Independent School District No. 11 School Board; Independent School District No. 192 School Board; and Independent School District No. 279 School Board,

Defendants.

File No. 25-cv-2151 (ECT/DLM)

**ORDER**

---

Based on the stipulation of the parties to set a schedule for Plaintiff Female Athletes United ("FAU") to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(b) and for subsequent dispositive motion practice [ECF No. 152], **IT IS ORDERED THAT**:

1. FAU has until June 5, 2026, to file its amended complaint. That complaint will be considered FAU's one amendment as of right under Rule 15(a)(1)(B).

2. Defendants will answer or file any motions to dismiss under Federal Rule of Civil Procedure 12 by July 10, 2026.

3.      If Defendants file any motions to dismiss, FAU's deadline to file a memorandum in response to Defendants' motion(s) is August 7, 2026.

4.      Defendants' reply memoranda are due on August 21, 2026.

Dated:  May 27, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

2