# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Female Athletes United**, <br><br> Plaintiff, <br><br> v. <br><br> **Keith Ellison,** in his official capacity as Attorney General of Minnesota; **Rebecca Lucero,** in her official capacity as Commissioner of the Minnesota Commission on Civil Rights; **Erich Martens,** in his official capacity as Executive Director of the Minnesota State High School League; **Willie Jett,** in his official capacity as the Minnesota Commissioner of Education; **Independent School District No. 11 School Board,** <br><br> Defendants. | Case No. 0:25-cv-02151-ECT-DLM <br><br> **Notice of Voluntary Dismissal without Prejudice of Independent School District No. 192 School Board, and Independent School District No. 279 School Board** |

The filing of an amended complaint not naming Independent School District Nos. 192 or 279 operates as a voluntary dismissal without prejudice of those defendants. *See Barnes v. United States*, 111 F. App'x 441, 443 (8th Cir. 2004); *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000); *George v. Davis*, No. 3:13-CV-03058, 2014 WL 11395843, at *3 n.1 (W.D. Ark. July 28, 2014) ("To the extent that the Court should consider the standard for voluntary dismissal of defendants under Rule 41 in allowing Plaintiffs to amend their complaint in a way that would effect the voluntary dismissal without prejudice

of certain defendants, the Court finds that the voluntary dismissal of the defendants dropped from the second amended complaint is proper pursuant to either Rule 15 or Rule 41."). While no further filing is necessary, out of an abundance of caution and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff gives notice of the voluntary dismissal without prejudice of those defendants.

In accordance with Rule 41(a)(1), this notice comes before defendants have filed a motion for summary judgment or an answer. Because Plaintiff has not dismissed any action based on or including the same claim and the parties have not stipulated otherwise, this dismissal is without prejudice. FRCP 41(a)(1)(B).

Respectfully submitted this 11th day of June, 2026.

Renee K. Carlson
Minnesota Bar No. 0389675
Douglas G. Wardlow
Minnesota Bar No. 0339544
True North Legal
525 Park Street, Suite 460
St. Paul, MN 55103
(612) 789-8811
rcarlson@truenorthlegalmn.org
dwardlow@truenorthlegal.org

By: */s/ Henry W. Frampton, IV*
Jonathan A. Scruggs*
Arizona Bar No. 030505
Henry W Frampton, IV*
South Carolina Bar No. 75314
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 (facsimile)
jscruggs@ADFlegal.org
hframpton@ADFlegal.org

2

Rory T. Gray*
Georgia Bar No. 880715
Alliance Defending Freedom
1000 Hurricane Shoals Road  NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 (facsimile)
rgray@ADFlegal.org

Suzanne E. Beecher*
California Bar No. 329586
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, D.C. 20001
(202) 393-8690
(202) 347-3622 (facsimile)
sbeecher@ADFlegal.org


*Admitted *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record who are registered users of the ECF system.

*/s/ Henry W. Frampton, IV*
Henry W. Frampton, IV

Attorney for Plaintiffs

4