UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Female Athletes United,

      Plaintiff,

v.

Keith Ellison, *in his official capacity as Attorney General of Minnesota*; Rebecca Lucero, *in her official capacity as Commissioner of the Minnesota Commission on Civil Rights*; Erich Martens, *in his official capacity as Executive Director of the Minnesota State High School League*; Willie Jett, *in his official capacity as the Minnesota Commissioner of Education*; and Independent School District No. 11 School Board,

      Defendants.

File No. 25-cv-2151 (ECT/DLM)

**ORDER**

---

Based on the stipulation of the parties to set a schedule for Defendants' anticipated motions under Federal Rule of Civil Procedure 12 [ECF No. 160], **IT IS ORDERED THAT**:

1.    Defendants will file their anticipated motions to dismiss under Federal Rule of Civil Procedure 12 by July 31, 2026.

2.    Plaintiff Female Athlete United's deadline to file a memorandum in response to Defendants' motion(s) is August 28, 2026.

3.    Defendants' reply memoranda are due on September 11, 2026.

Dated: July 6, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court